UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER E. BARR,<br>LINDA G. BARR,<br><br>           Plaintiffs,<br><br>      vs.<br><br>THE RAYMOND CORPORATION,<br>ASSOCIATED MATERIAL HANDLING<br>INDUSTRIES, INC. doing business as<br>ASSOCIATED INTEGRATED SUPPLY<br>CHAIN SOLUTIONS,<br><br>           Defendants. | No. 1:12-cv-00884-TWP-TAB |

## ADOPTION

The Magistrate Judge submitted his Report and Recommendation on Plaintiffs' motion to dismiss without prejudice and Defendants' motions for summary judgment. [Filing No. 35, 32, 58.] Parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections. The Court, having considered the Magistrate Judge's Report and Recommendation and any objections, approves and adopts the Magistrate Judge's Report and Recommendation. Accordingly, Defendant Raymond Corporation's motion for summary judgment is granted [Filing No. 32], Plaintiffs' motion to dismiss without prejudice is denied [Filing No. 35], and Defendant Associated Material Handling Industries' motion for summary judgment is granted [Filing No. 58].

Date: 07/28/2014

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Joshua B. Fleming
FROST BROWN TODD LLC
jfleming@quarles.com

Vanessa A. Davis
FROST BROWN TODD LLC
vdavis@fbtlaw.com

Raymond D. Jamieson
QUARLES & BRADY LLP
raymond.jamieson@quarles.com

Stephen Wayne Thompson
VAUGHN A. WAMSLEY PC
sthompson@pilegal.com

Vaughn Arthur Wamsley
VAUGHN A. WAMSLEY PC
vwamsley@pilegal.com